UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

SOMPO AMERICA INSURANCE COMPANY; §
cp ENDURANCE ASSURANCE §
CORPORATION; cp ENDURANCE U.S. §
HOLDINGS CORP.; cp ENDURANCE §
SPECIALTY INSURANCE LTD.; cp BY SOMPO §
INTERNATIONAL HOLDINGS LTD.; cp §
SOMPO JAPAN INSURANCE, INC., *et al*, §
§
    Plaintiffs, §
VS. § CIVIL ACTION NO. 4:20-CV-1502
§
MESA MECHANICAL, INC., *et al*, §
§
    Defendants. §

## ORDER

Pending before the Court is Defendant Mesa Mechanical, Inc. and Third-Party Defendant, Heat Transfer Solutions, Inc., Amended Joint Motion to Dismiss All Claims with Prejudice at docket entry no. 56.

According to Local Rules 7.3 and 7.4, a party must file its opposition to a motion within twenty days from filing. If the party fails to do so, the court assumes that the motion is unopposed. As of today, Plaintiff has not filed a response to this motion. Accordingly, it is hereby

**ORDERED** that Defendant Mesa Mechanical, Inc. and Third-Party Defendant, Heat Transfer Solutions, Inc., Amended Joint Motion to Dismiss All Claims with Prejudice is **GRANTED**.

SIGNED at Houston, Texas, this 21st day of January 2022.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE